UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GREAT AMERICAN RISK SOLUTIONS SURPLUS :
LINES INSURANCE COMPANY,               :
                                       :   25-CV-5313 (DEH) (OTW)
           Plaintiff,                  :
                                       :   **ORDER**
           -against-                   :
                                       :
EP CONSTRUCTION, LLC,                  :
                                       :
           Defendant.                  :
                                       :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On September 19, counsel for the Defendant emailed chambers to request permission to attend the Initial Case Management Conference on September 30 telephonically. Counsel's email did not contain sufficient information for the Court to determine why a telephonic hearing is warranted.

To the extent that counsel does not wish to appear in person because travel from South Carolina is inconvenient, that request is **DENIED**. However, if counsel is requesting a reasonable accommodation for a disability related to travel, that request is **DENIED WITHOUT PREJUDICE TO RENEWAL**.

    **SO ORDERED.**

Dated: September 22, 2025                   /s/ Ona T. Wang
    New York, New York             **Ona T. Wang**
                                       United States Magistrate Judge