**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
GREAT AMERICAN RISK SOLUTIONS SURPLUS :
LINES INSURANCE COMPANY,              :
                                      :   25-CV-5313 (DEH) (OTW)
            Plaintiff,                :
                                      :   **ORDER**
      -against-                       :
                                      :
EP CONSTRUCTION, LLC,                 :
                                      :
            Defendant.                :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in this matter on September 30, 2025. As directed at the conference, the parties shall submit a joint letter on the docket by **October 31, 2025**, and on the last business Friday of each month thereafter, informing the Court about the status of discovery to include:

- what discovery has been done in the past month;
- what discovery remains outstanding;
- how the parties plan to complete that discovery in a timely manner; and
- any anticipated discovery disputes as well as what efforts the parties' made to meet and confer to resolve them.

**SO ORDERED.**

Dated: October 7, 2025                           */s/ Ona T. Wang*
       New York, New York                        **Ona T. Wang**
                                                 United States Magistrate Judge